■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN PALMER, Appellant. [967 NYS2d 651]—Appeal by the defendant from an order of the Supreme Court, Kings County (Walsh, J.), dated June 2, 2011, which, after a hearing, designated him a level three sexually violent offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, there was clear and convincing evidence to support the Supreme Court's determination to designate him a level three sexually violent offender (*see* Correction Law § 168-n [3]; *People v Pettigrew*, 14 NY3d 406, 408 [2010]; *People v Mingo*, 12 NY3d 563, 571 [2009]; *People v Gilligan*, 94 AD3d 844 [2012]). Moreover, the Supreme Court properly determined that he was not entitled to a downward departure from his presumptive risk level (*see People v Wyatt*, 89 AD3d 112, 128-129 [2011]; *People v Santana*, 104 AD3d 660 [2013], *lv denied* 21 NY3d 854 [2013]). Rivera, J.P., Hall, Cohen and Miller, JJ., concur.